CELLINO & BARNES, P.C.
Attorneys for Plaintiff
350 Main St., 25th Floor
2500 Main Place Tower
Buffalo, New York 14202-3725
(716) 854-2020

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

08-5678 CRB

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 08-5678-CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| PATTI COLES, Individually and as Administratrix of THE ESTATE OF MADELINE BARDO,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>PFIZER, INC.,<br>PHARMACIA CORPORATION (a/k/a PHARMACIA PHARMACEUTICAL CORPORATION) and DOES 1-10,<br>　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, PATTI COLES, Individually and as Administratrix of the ESTATE OF MADELINE BARDO, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED:　June 1, 2010　　　　　　　　　**CELLINO & BARNES, P.C.**

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　Brian A. Goldstein, Esq.
　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　350 Main St., 25th Floor
　　　　　　　　　　　　　　　2500 Main Place Tower
　　　　　　　　　　　　　　　Buffalo, New York 14202-3725
　　　　　　　　　　　　　　　(716) 854-2020

DATED: __10/7__, 2010                    DLA PIPER LLP (US)

                                    By: ___/s/_____
                                        Matthew A. Holian, Esq.
                                        Attorneys for Defendants
                                        33 Arch Street, 26th Floor
                                        Boston, Massachusetts 02110-1447
                                        (617) 406-6009


PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED

Dated: __10/14/2010__                   _____
                                        Hon. Charles R. Breyer
                                        United States District Court